UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GINA THORNE, | CASE NO. C17-0454-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HCL AMERICA, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to dismiss or compel arbitration (Dkt. No. 8). However, since filing that motion, the parties stipulated to stay this lawsuit pending arbitration, including but not limited to the issue of arbitrability of this dispute. (Dkt. No. 9.) The Court hereby STAYS the litigation. The parties are ORDERED to participate in arbitration and this case shall be stayed pending completion of arbitration, including a determination on the arbitrability of this dispute. The parties shall notify the Court when the matter is resolved through arbitration. Defendant's motion to dismiss or compel arbitration (Dkt. No. 8) is DISMISSED AS MOOT. The Clerk is directed to statistically CLOSE this case.

//

//

DATED this 21st day of April 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk